AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

DOC # 3

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. 14 MAG 2475 |
| Raleek Harrison | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

*[Filed stamp: U.S. District Court, S.D. of N.Y., NOV 12 2014]*

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Raleek Harrison

Date:   11/12/2014

*Daniel DM* (signature)
*Attorney's signature*

Daniel DeMaria (DD4130)
*Printed name and bar number*

Merchant Law Group LLP
203 East Post Road
White Plains, New York 10601

*Address*

ddemaria@nyslitigators.com
*E-mail address*

(914) 620-2225
*Telephone number*

(877) 607-5419
*FAX number*